| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>BLAKE, CATHERINE C. | 2. Court or Organization<br><br>U S DISTRICT COURT, MARYLAND | 3. Date of Report<br><br>06/02/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U S DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, ▮Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>7310 U S COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. VICE-PRESIDENT AND TREASURER | FEDERAL JUDGES ASSOCIATION |
| 2. CO-TRUSTEE | TRUST#1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 JUN -7 A 10:58 FINANCIAL DISCLOSURE OFFICE

Blake, Catherine C.

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/02/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | ▨▨▨▨▨▨▨, SALARY |
| 2. 2009 | ▨▨▨▨▨▨▨ SALARY |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | 11/19 - 11/20 | WASHINGTON, D C | SPEAKER AT EDUCATIONAL PROGRAM | LODGING, MEALS, TRANSPORTATION |
| 2. | FEDERAL JUDGES ASSOCIATION | 5/2 - 5/4 | WASHINGTON, D C | BOARD OF DIRECTORS MEETING | LODGING, MEALS, TRANSPORTATION |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/02/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA-Delaware Core Plus Bond Fund A Class | B | Dividend | K | T | | | | | |
| 2. IRA-Delaware Delchester Fund A Class | A | Dividend | | | Merged (with line 52) | 04/17/09 | J | | see note Pt VIII |
| 3. IRA-T Rowe Price-Equity Income | A | Dividend | J | T | | | | | |
| 4. IRA-T Rowe Price-Growth Stock | A | Dividend | K | T | | | | | |
| 5. IRA-T Rowe Price-New Asia | A | Dividend | J | T | | | | | |
| 6. IRA-T Rowe Price-New Era | A | Dividend | K | T | | | | | |
| 7. IRA-T Rowe Price-Science & Technology | | None | K | T | | | | | |
| 8. IRA-T Rowe Price-Spectrum Income | B | Dividend | K | T | | | | | |
| 9. State of Maryland Deferred Compensation Plan | B | Dividend | L | T | | | | | |
| 10. Wachovia/Wells Fargo Bank-accounts | A | Int./Div. | L | T | | | | | see note Pt VIII |
| 11. T Rowe Price Growth Stock | A | Dividend | K | T | | | | | |
| 12. US Savings Bonds | A | Interest | J | T | | | | | |
| 13. IRA-First Financial Credit Union | A | Dividend | J | T | | | | | |
| 14. Templeton Growth Fund | A | Dividend | K | T | | | | | |
| 15. IRA-Putnam Growth & Income Cl-A | A | Dividend | J | T | | | | | |
| 16. IRA-JPMorgan Funds Growth and Income A | A | Dividend | J | T | | | | | |
| 17. IRA - MetLife | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. TSA - MetLife | C | Dividend | L | T | | | | | |
| 19. Guardian Whole Life | B | Dividend | L | T | | | | | |
| 20. MetLife Whole Life | A | Dividend | J | T | | | | | |
| 21. MetLife Whole Life | A | Dividend | J | T | | | | | |
| 22. ▓▓▓▓ Ret. Plan & Trust | A | Dividend | | | Redeemed | 07/01/09 | M | | see note Pt VIII |
| 23. Maryland College Investment Plan | | None | | | Redeemed | 01/05/09 | J | | |
| 24. T Rowe Price Md Tax-Free Bond Fund | A | Dividend | J | T | | | | | |
| 25. Trust #1 | E | Int./Div. | P1 | T | | | | | |
| 26. --Ferris Baker Watts Reserve Primary Fund | | | | | | | | | see note Pt VIII |
| 27. --DWS Municipal Managed Municipal Bond Fund Class A | | | | | | | | | |
| 28. --Frederick County Md Edl Rv FCS Mount St Mary's CLG Bond | | | | | | | | | |
| 29. --Carroll County Md Rfdg & Cons Public Improvement Bond | | | | | | | | | |
| 30. --Maryland Hlth & HEFA Rev SR Fred Mem Hosp Bond | | | | | | | | | |
| 31. --AT&T common stock | | | | | | | | | |
| 32. --BB&T Corp common stock | | | | | | | | | |
| 33. --Exxon Mobil Corp common stock | | | | | | | | | |
| 34. --Grainger WW Inc common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/02/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Heinz HJ Co common stock | | | | | | | | | |
| 36. --Idearc Inc common stock | | | | | | | | | |
| 37. --Illinois Tool Works Inc common stock | | | | | | | | | |
| 38. --JPMorgan Chase & Co common stock | | | | | | | | | |
| 39. --Johnson & Johnson common stock | | | | | | | | | |
| 40. --Lilly Eli & Co common stock | | | | | | | | | |
| 41. --Merck & Co Inc common stock | | | | | | | | | |
| 42. --PPG Industries Inc common stock | | | | | | | | | |
| 43. --3M Co common stock | | | | | | | | | |
| 44. --Urstadt Biddle Properties Inc Class A | | | | | | | | | |
| 45. --Verizon Communications Inc common stock | | | | | | | | | |
| 46. --Fairpoint Communications Inc common stock | | | | | | | | | see note Pt VIII |
| 47. --Federated Treasury Cash Trust | | | | | Sold | 03/17/09 | K | | see note Pt VIII |
| 48. --Frederick Cnty Md B/E Ret Comnty Rev Buckingham's Choice | | | | | | | | | |
| 49. --US Gov't Money Market Fund RBC Reserve Class | | | | | Buy | 03/03/09 | K | | |
| 50. [____]401(k) Profit Sharing Plan -- | C | Dividend | M | T | Open | 07/01/09 | M | | see note Pt VIII |
| 51. --Vanguard Wellesley Income Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Delaware High Yield Opp Fund A Class | B | Dividend | K | T | Open | 04/17/09 | J | | |
| 53. T Rowe Price Md Tax-Free Money | A | Dividend | J | T | Buy | 03/27/09 | J | | |
| 54. M&T Bank account | A | Interest | K | T | Open | 02/05/09 | J | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 06/02/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

lines 1 and 52 — This Delaware Delchester Fund was merged into the High Yield Fund without any action on our part.

line 10 — Wachovia was acquired by Wells Fargo. Our accounts remained the same.

lines 22 and 50 — This retirement account was transferred to a 401(k) by the employer with no action on our part and was invested in the Vanguard Wellesley Income Fund.

line 26 — A small amount remains in this fund pending settlement.

line 46 — This is a minimal amount of stock inadvertently not included in last year's report.

lines 47 and 49 — The Federated account was transferred to the RBC money market fund without any action on our part.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544